IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JOVY KATHLEEN SEVIRINO, | ) | CV 22-00514 DKW-RT |
| Plaintiff, | ) | |
| vs. | ) | |
| JAMES D. JENSEN, ASPEN R. CERVANTES, | ) | |
| Defendants. | ) | |

## ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DISMISS COMPLAINT AND DENY APPLICATION TO PROCEED IN FORMA PAUPERIS

Findings and Recommendation having been filed and served on all parties on March 29, 2023, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Dismiss Complaint and Deny Application to Proceed in Forma Pauperis", ECF No. 10 are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: April 18, 2023 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge