IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| JOVY KATHLEEN SEVIRINO,<br><br>  Plaintiff,<br><br> v.<br><br>JAMES D. JENSEN and<br>ASPEN R. CERVANTES,<br><br>  Defendants. | Case No. 22-cv-00514-DKW-RT<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION** |

On September 27, 2023, the Court dismissed this action for lack of subject matter jurisdiction. Dkt. No. 55. In relevant part, among other things, the Court explained that diversity jurisdiction did not exist here because Plaintiff Jovy Sevirino expressly alleged that all the parties to this case were residents of Hawaiʻi. *Id*. at 2; *see also* Dkt. No. 1 at 2.

One week later, Sevirino filed the instant motion for reconsideration, stating that one of the two Defendants, Aspen Cervantes, is a resident of New Mexico. Dkt. No. 58 at 2. Even if true, however, this does not change the fact that diversity jurisdiction does not exist here because the law requires *complete* diversity in a case such as this one. *See Hunter v. Philip Morris USA*, 582 F.3d 1039, 1043 (9th Cir. 2009) (explaining that "federal district courts have jurisdiction

over suits for more than $75,000 where the citizenship of each plaintiff is different from that of each defendant."). Put more simply, in order for there to be complete diversity, Sevirino's state citizenship must be different from the state citizenship of **both** Cervantes **and** Defendant James Jensen. Here, at best, the motion for reconsideration merely states that Cervantes' citizenship might be different. Therefore, nothing in the motion alters the Court's finding that this case must be dismissed for lack of subject matter jurisdiction.

The motion for reconsideration, Dkt. No. 58, is therefore DENIED.

IT IS SO ORDERED.

Dated: October 10, 2023 at Honolulu, Hawai'i.

Derrick K. Watson
Chief United States District Judge

2